Name and address:

Sharon J. Brunner, Esq.
Law Office of Sharon J. Brunner
14393 Park Ave. Suite 100
Victorville, Ca 92392
Telephone: (760) 243-9997
Facsimile: (760) 952-1085

Dale K. Galipo, Esq.
Law Office of Dale Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brittany Chandler, as the Next Friend of Minor, et al.<br><br>v.  PLAINTIFF(S)<br><br>The City of Barstow, CA, Jimmy Alfred Walker, et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>5: 18-cv-00934-MWF (SPx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: STACY L. MERRITT, ESQ.    CA Bar Number: PHV

Firm or agency: MERRITT LAW FIRM, LLC

Address: 2000 MARKET STREET, SUITE 700, PHILADELPHIA, PA 19103

Telephone Number: 888-647-3041    Fax Number: 888-339-2050

E-mail: SLM@MERRITTLAW.COM

Counsel of record for the following party or parties: SAMANTHA ROBLEDO, AS THE NEXT FRIEND OF MINOR, N.Y.

Other members of the same firm or agency also seeking to withdraw: N/A

---

G-01 (06/13)    REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL    Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: DALE K. GALIPO, ESQ.      CA Bar Number: 144074

Firm or agency: LAW OFFICE OF SHARON J. BRUNNER

Address: 21800 BURBANK BOULEVARD, SUITE 310, WOODLAND HILLS, CA 91367

Telephone Number: 818-347-3333      Fax Number: 818-347-4118

E-mail: DAVEGALIPO@GALIPOLAW.COM

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: July 26, 2018      Signature: /s/ Stacy L. Merritt

Name: STACY L. MERRITT, ESQ.

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 06-13-18      Signature: [signature]

Name: DALE K. GALIPO, ESQ.

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 6·12·18      Signature: [signature]

Name: SAMANTHA ROBLEDO

Title: PLAINTIFF, AS THE NEXT FRIEND OF MINOR N.Y.