JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY CHANDLER, et al., | Case No. EDCV 18-934-MWF (SPx) |
| Plaintiffs, | [Hon. Michael W. Fitzgerald] |
| vs. | |
| THE CITY OF BARSTOW, et al., | ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| Defendants. | |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above entitled action against the City of Barstow, Jimmie Walker (Erroneously Named as Jimmy Alfred Walker), Jose Barrientos, Vincent Carrillo (Erroneously Named As Vincent Carillo), and Matthew Allen Helms is dismissed, with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Each party shall bear their own costs and fees.

Dated: October 13, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge

1